IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SUNLIGHT FOUNDATION et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>*Defendant*. | Case No. 19-cv-659 (EGS) |

**MEET AND CONFER REPORT**

Pursuant to the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan (ECF No. 5), the parties jointly submit this meet and confer report. Because this case arises under the Freedom of Information Act ("FOIA"), the parties have not addressed all of the issues in Local Civil Rule 16.3, as provided for in the Standing Order. *See* LCvR 16.3(b)(10) (exempting FOIA cases). However, this report provides a brief statement of the case and update on the status of the agency's processing of Plaintiffs' FOIA requests.

Brief Statement of the Case

This case involves three FOIA requests filed by Plaintiffs the Sunlight Foundation and American Oversight with Defendant the U.S. Department of Health and Human Services (HHS) regarding changes to the website for the HHS Office on Women's Health.

Status Update

HHS has informed Plaintiffs that it has completed its initial searches for records responsive to each of the FOIA requests at issue in this case. The parties have agreed to engage in negotiations regarding the scope of the searches conducted by the agency and the agency's proposed rate for processing the potentially responsive records identified by the searches. The

1

parties jointly propose to submit another Joint Status Report in 30 days, on June 7, 2019, to update the Court on the status of the agency's processing of Plaintiffs' FOIA requests and provide a proposed processing and production schedule.

Dated: May 8, 2019                                            Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington, DC 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

*/s/ Sara Kaiser Creighton*
Sara Kaiser Creighton
D.C. Bar No. 1002367

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5245
sara.creighton@americanoversight.org

*Counsel for Plaintiffs The Sunlight Foundation and American Oversight*