UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE SUNLIGHT FOUNDATION          )
                                 )
and                              )
                                 )
AMERICAN OVERSIGHT,              )
                                 )
         Plaintiffs,             )          Civ. A. No. 19-0659 (EGS)
                                 )
         v.                      )
                                 )
UNITED STATES DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES,       )
                                 )
         Defendant.              )

## JOINT STATUS REPORT

Defendant U.S. Department of Health and Human Services ("HHS"), and Plaintiffs the Sunlight Foundation and American Oversight ("Plaintiffs"), by and through undersigned counsel, provide the following status report:

Following the June 7, 2019 joint status report, ECF No. 10, HHS conducted an additional search for one FOIA request pursuant to Plaintiffs' narrowing proposal, but that search did not change the number of potentially responsive pages.  HHS's search for records responsive to the third request, as narrowed by the Plaintiffs, is ongoing.

The parties jointly propose to submit another Joint Status Report on August 4, 2019, but Plaintiffs are currently evaluating whether to seek additional relief from the Court before that date if they continue to be unable to receive information from HHS regarding their FOIA requests through the informal meet-and-confer process.

Dated: June 21, 2019         Respectfully submitted,


JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

      /s/     _____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*


*/s/ Sara Kaiser Creighton*

Sara Kaiser Creighton
D.C. Bar No. 1002367

AMERICAN OVERSIGHT

1030 15th Street NW, B-255 Washington,
DC 20005
sara.creighton@americanoversight.org
(202) 869-5245

*Counsel for Plaintiffs*